# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MUNICIPAL POLICE EMPLOYEES'
RETIREMENT SYSTEM

NO.   2025 CW 1320

VERSUS

TOWN OF GREENSBURG AND PAULA
MCNABB, IN HER OFFICIAL
CAPACITY AS MAYOR FOR THE
TOWN OF GREENSBURG

**APRIL 20, 2026**

---

In Re:   Municipal   Police   Employees'   Retirement   System,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 729284.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

    **WRIT DENIED.**

                    **WIL**
                    **EW**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT